```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BENEFICIAL MUTUAL SAVINGS BANK,    :   CIVIL ACTION
                                   :   NO. 11-2348
          Plaintiff,               :
                                   :
     v.                            :
                                   :
ANGELICA J. PHILIPPOPOULOS,        :
                                   :
          Defendant.               :
```

## O R D E R

**AND NOW**, this **7th** day of **August, 2012**, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Strike or Open Confessed Judgment (ECF No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Stay (ECF No. 12) is **DENIED**.

**AND IT IS SO ORDERED.**

                                            s/Eduardo C. Robreno
                                        **EDUARDO C. ROBRENO, J.**